IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01165-BNB

(Removal from Elbert County District Court, In Re the Marriage of Lora Krista A/K/A Lora Spires and William H. Spires, Case No. 2010DR117)

LORA KRISTA,

    Plaintiff,

v.

WILLIAM H. SPIRES,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's "Motion for Ruling" filed on March 5, 2012 (Doc. # 5) is DENIED.  This case was remanded to the Eighteenth Judicial District and the action was closed on May 11, 2011.  Therefore, the Court lacks jurisdiction to enter any orders in this case.

    Dated:  March 6, 2012